# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTHCAROLINA
# RALEIGH DIVISION

IN RE:

| | |
|---|---|
| **RAYMOND D PEET** | **CASE NO. 19-00954-5-DMW** |
| **KATHRYN M PEET** | **CHAPTER 7** |
| **DEBTORS.** | |

## RESPONSE TO MOTION FOR RELIEF FROM STAY

The Debtor, by and through undersigned counsel of record, responding to the Motion for Relief from Stay filed by Nationstar Mortgage LLC D/B/A Mr.Cooper. ("Stay Motion"), objects to the relief requested therein and requests a hearing thereon. In support hereof, the Debtor shows unto the Court as follows:

1.  On March 4, 2019, the Debtors commenced this case by filing the above-captioned petition under Chapter 7 of the United States Bankruptcy Code.

2.  The Relief From Stay Motion was filed by Nationstar Mortgage LLC D/B/A Mr. Cooper. on March 13, 2019.

3.  The Debtor wishes time to seek a modification of the loan.

4.  The Debtor hereby requests a hearing on this Stay Motion.

WHEREFORE, the Debtor respectfully requests that the Court enter an order denying the Stay Motion, and for such other relief the Court deems just and proper. In the alternative, the Debtor requests a hearing.

Respectfully submitted this, the 25th day of March, 2019.

/s/ Douglas Q. Wickham
DOUGLAS Q. WICKHAM
Attorney for the Debtors
N.C.S.B. # 13991
PO Box 19439
Raleigh, NC 27619
doug@wickhamlawnc.com
P: (919) 239-0488

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is, and at all times hereinafter mentioned was, more than eighteen (18) years of age, that on the 25th day of March, 2019, the foregoing was served electronically via CM/ECF, notification of which was remitted to the following CM/ECF participants:

| | |
|---|---|
| James Angell<br>Chapter 7 Trustee | via CM/ECF |
| Troy Staley<br>Attorney for Nationstar d/b/a Mr.Cooper. | via CM/ECF |
| Raymond & Kathryn Peet<br>308 Neuse Ridge Drive<br>Clayton NC 27527 | via U.S. Mail |

This 25th day of March, 2019.

/s/ Douglas Q. Wickham
DOUGLAS Q. WICKHAM
Attorney for the Debtors
N.C.S.B. # 13991
PO Box 19439
Raleigh, NC 27619
doug@wickhamlawnc.com
P: (919) 239-0488