**SO ORDERED.**

**SIGNED this 24 day of May, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>RAYMOND D PEET<br>SSN: XXX-XX-6576<br><br>KATHRYN M PEET<br>SSN: XXX-XX-4855<br><br><br>    DEBTORS | CASE NO. 19-00954-5-DMW<br><br>CHAPTER 7 |

**ORDER**

**THIS CAUSE** upon consideration of the Motion by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") for relief from the Automatic Stay as to the property located at 308 Neuse Ridge Dr, Clayton, NC ("subject property"). The Court finds:

1. That the Movant holds a Promissory Note secured by a valid lien against the subject property. The lien is evidenced by a Deed of Trust in the original amount of $417,000.00 dated May 15, 2009 and recorded in Book 3704, Page 364, Johnston County Registry, North Carolina.

2. Pursuant to the Debtors' Statement of Intent the subject property is being surrendered.

3. Movant lacks adequate protection as there is no equity in the subject property and the Debtors have defaulted on the contractual mortgage payments.

4. For the reason herein provided and consistent with 11 U.S.C. § 362(d)(1) & (2) the Court finds there are grounds for relief from the automatic stay.

**IT IS, THEREFORE, ORDERED** that the motion is GRANTED and the stay afforded by 11 U.S.C. § 362 is terminated as to the Movant and its successors or assigns. Movant may enforce the Deed of Trust in the original amount of $417,000.00 dated May 15, 2009, and

recorded in Book 3704, Page 364, Johnston County Registry, North Carolina and collect or recover the indebtedness thereby secured. Movant may proceed with foreclosure or by any other action which may be available to them with respect to the property described therein or with respect to the proceeds of any sale thereof. Movant is also allowed to assess $681.00 to the mortgage account for expenses incurred in filing the Motion for Relief.

END OF DOCUMENT